# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2794

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * |
| v. | * Appeal from the United States |
| | * District Court for the Western |
| Michael B. Lewis, also known as Big | * District of Missouri. |
| Mike, | * [UNPUBLISHED] |
| | * |
| Appellant. | * |

_____

Submitted:  December 27, 2002

Filed:  January 6, 2003

_____

Before WOLLMAN, FAGG, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Michael Lewis pleaded guilty to conspiring to distribute and possess with intent to distribute more than 50 grams of a substance containing cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. The district court[1] departed downward from the Guidelines range and sentenced him to the statutory minimum of 120 months of imprisonment and 5 years of supervised release. On appeal, counsel

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

has moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), noting that some of Lewis's codefendants received lower sentences than he did.

Lewis is foreclosed from challenging the length of his sentence, as he specifically requested a sentence of 120 months. <u>See</u> <u>United States v. Nguyen</u>, 46 F.3d 781, 783 (8th Cir. 1995) (defendant who explicitly and voluntarily exposes himself to specific sentence may not challenge that punishment on appeal).

Following our independent review, <u>see</u> <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, the judgment is affirmed. We also grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.